OPINION — AG — A JUSTICE OF THE PEACE WHO ESTABLISHES A PARTNERSHIP LAW OFFICE WITH ANOTHER ATTORNEY, EVEN IN A BUILDING OTHER THAN THE ONE WHICH THE JUSTICE OF THE PEACE MAINTAINS HIS COURT, IS IN VIOLATION OF THE PROVISIONS OF 21 O.S. 1961 560 [21-560] AND IS SUBJECT TO THE MISDEMEANOR PROVISIONS THEREOF AS WELL AS TO THE FORFEITURE OF OFFICE PROVISIONS OF SECTION 561 CITE: 21 O.S. 1961 561 [21-561] (CHARLES OWENS)